THE STATE v. CONNELLY, *Plaintiff in Error.*

On the authority of *The State v. Fancher,* 71 Mo. 460, section 1561, Revised Statutes 1879, is held constitutional, and an indictment founded on it sufficient.

*Error to Moberly Court of Common Pleas.*—HON. G. H. BURCKHARTT, Judge.

AFFIRMED.

*W. T. McCanne* for plaintiff in error.

*D. H. McIntyre,* Attorney General, for the State.

SHERWOOD, C. J.—The indictment in this case is bottomed on section 1561, Revised Statutes 1879. The only points are its legal sufficiency to sustain a conviction, and the constitutionality of the statute cited. These were quite recently considered by this court in the case of *State v. Fancher,* 71 Mo. 460. Therefore, judgment affirmed. All concur.